## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**CEDRIC GREENE and VALERIE STEPHEN**                                              **PLAINTIFFS**

**V.**                             **CASE NO. 5:26-CV-5036**

**HOUSING AUTHORITY OF THE**
**CITY OF LOS ANGELES**                                                             **DEFENDANT**

## ORDER

On February 10, 2026, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of the Complaint pursuant to 28 U.S.C. § 1915 and issued a Report and Recommendation ("R&R") (Doc. 5) finding that the case should be dismissed due to improper venue. On February 17, 2026, Plaintiffs filed Objections to the R&R (Doc. 7), which triggered this Court's *de novo* review of the record. Plaintiffs fail to engage with the reasons for dismissal in the R&R. Though they claim to be "Arkansas natives," they are domiciled in California, and their dispute concerns events that took place exclusively in California. *Id.* at p. 3. Therefore, venue is not proper in this district.

**IT IS ORDERED** that the Objections are **OVERRULED** and the R&R is **ADOPTED IN ITS ENTIRETY**. The case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1406(a).

**IT IS SO ORDERED** on this 18th day of February, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE